IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ERBY DEAN JACKSON, JR.**                                               **PLAINTIFF**

**v.**                                           **CIVIL NO. 1:23-cv-00132-HSO-BWR**

**BURL CAIN, et al.**                                                 **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the Motion [54] for Summary Judgment for Failure to Exhaust Administrative Remedies filed by Defendants Commissioner Burl Cain, Superintendent Brand Huffman, Chaplain Michael Dright, and Chaplain Kenneth Powell is **GRANTED**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, Plaintiff Erby Dean Jackson, Jr.'s Complaint is **DISMISSED WITHOUT PREJUDICE** for his failure to exhaust administrative remedies.

**SO ORDERED AND ADJUDGED**, this the 15th day of February, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE